| | | |
|---|---|---|
| **2120-Served** | **2121-Served** | FILED |
| **2220-Not Served** | **2221-Not Served** | 1/27/2022 5:15 PM |
| **2320-Served By Mail** | **2321-Served By Mail** | IRIS Y. MARTINEZ |
| **2420-Served By Publication** | **2421-Served By Publication** | CIRCUIT CLERK |
| **SUMMONS** | **ALIAS SUMMONS** | COOK COUNTY, IL |
| | | 2022L000881 |

(12/01/20) CCG 0001 A
16476025

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

DELFINA CORRAL, )
)
Plaintiff, )
)
-vs- ) Court No.: 2022L000881
)
TARGET CORPORATION, )
)
Defendant. )

## SUMMONS

**PLEASE SERVE:**  **TARGET CORPORATION**
*R/A: CT CORPORATION SYSTEM*
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

### To (each) defendant:

YOU have been named as a defendant in the Complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the Clerk of this court, within thirty (30) days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the Complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer YOU DO NOT NEED TO COME TO THE COURTHOUSE. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
www.cookcountyclerkofcourt.org

EXHIBIT B

**SUMMONS- ALIAS SUMMONS**     (12/01/20) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit **http://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp** or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit **www.illinoislegalaid.org**.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to w**ww.illinoislegalaid.org**. Your can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon-Fri, 8:30 am-4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance from by e-filing, unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for e-filing, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or from Google Play; or contact the appropriate clerk's office location listed on Page 3.**

**To the officer (Sheriff Service):**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

WITNESS DATE, 1/27/2022 5:15 PM IRIS Y. MARTINEZ _____, 20____

IRIS Y. MARTINEZ, Clerk of Court

Atty. Name: **JEFFREY M. LANDRY**
Attorney for: Plaintiff
Address: 351 W. Hubbard Street, Suite# 800
Chicago, IL 60654
Telephone: (312) 759-7442
Email: JEFFMLANDRY@aol.com (Atty Email)
jml.351hub@gmail.com (Paralegal Email)
Cook Co. Atty No. 37849

Date of service: _____, 20____
(To be inserted by officer on copy left with defendant or other person)

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
www.cookcountyclerkofcourt.org

Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:  (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:  (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:  (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:  (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:  (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:  (708) 232-4551